# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR F 08-0225 LJO |
| Plaintiff, | **ORDER TO DENY AS MOOT IFP APPLICATION** |
| vs. | (Doc. 74.) |
| ULCIES MENDOZA GUIZAR, | |
| Defendant. | |

This Court DENIES as moot defendant's application to proceed in forma pauperis. This criminal action is a closed.

IT IS SO ORDERED.

Dated: **August 24, 2009**     /s/ Lawrence J. O'Neill
              UNITED STATES DISTRICT JUDGE

1